B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Making Virtual Solid, L.L.C.<br>(a Delaware limited liability corporation) | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):  56-2493137 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1018 Boulevard<br>New Milford, New Jersey 07646<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Bergen County, NJ<br>ZIP CODE  07646 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☒ Chapter 7   ☐ Chapter 11 ||

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ the debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor   Making Virtual Solid, L.L.C.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x /s/Gregory W. Werkheiser   8/10/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| | Gregory W. Werkheiser |
| Martin J. Levine     July __, 2010 | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| | MORRIS NICHOLS, ARSHT & TUNNELL, LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity | Martin J. Levine<br>PO Box 457<br>Manasquan, NJ 08736 | Address<br>1201 N. Market St. 18th Floor, Wilmington, DE 19899-1347<br><br>Telephone No.<br>(302) 658-9200 |

| x _____ | x /s/Gregory W. Werkheiser   8/10/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| | Gregory W. Werkheiser |
| Levine Family Partnership, LLC    July __, 2010 | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| | MORRIS NICHOLS, ARSHT & TUNNELL, LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity | Martin J. Levine<br>Managing Member<br>PO Box 457<br>Manasquan, NJ 08736 | Address<br>1201 N. Market St. 18th Floor, Wilmington, DE 19899-1347<br><br>Telephone No.<br>(302) 658-9200 |

| x _____ | x /s/Gregory W. Werkheiser 8/10/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| | Gregory W. Werkheiser |
| Arcellus Group, LLC     July __, 2010 | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| | MORRIS NICHOLS, ARSHT & TUNNELL, LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity | Martin J. Levine<br>Managing Member<br>PO Box 457<br>Manasquan, NJ 08736 | Address<br>1201 N. Market St. 18th Floor, Wilmington, DE 19899-1347<br><br>Telephone No.<br>(302) 658-9200 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Martin J. Levine, PO Box 457, Manasquan, NJ 08736 | Promissory Note | 66,428.00 |
| Levine Family Partnership, LLC, PO Box 457, Manasquan, NJ 08736 | Promissory Note | 153,750.00 |
| Arcellus Group, LLC, PO Box 457, Manasquan, NJ 08736 | Promissory Note | 426,253.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>646,431.00 |

_____ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: § Chapter 7
§
MAKING VIRTUAL SOLID, L.L.C. § Case No. 10-_____ (____)
§
Debtors. §

## CORPORATE OWNERSHIP STATEMENT OF ARCELLUS GROUP, LLC PURSUANT TO FED. R. BANKR. P. 1010(a) AND 7007.1

Pursuant to Rules 1010(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Arcellus Group, LLC, a limited liability company organized under the laws of Delaware, hereby represents that it is owned by Martin J. Levine, Paul J. Levine, Elizabeth M. Levine, and Max B. Tanner, and that no corporation directly or indirectly owns ten percent (10%) or more of any of Arcellus Group, LLC's equity interests.

Dated: August __, 2010

_____
Martin J. Levine
Managing Member
Arcellus Group, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MAKING VIRTUAL SOLID, L.L.C. | § | Case No. 10-_____ (___) |
| | § | |
| Debtors. | § | |

## CORPORATE OWNERSHIP STATEMENT OF THE LEVINE FAMILY PARTNERSHIP, LLC PURSUANT TO FED. R. BANKR. P. 1010(a) AND 7007.1

Pursuant to Rules 1010(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Levine Family Partnership, LLC, a limited liability company organized under the laws of New Jersey, hereby represents that it is solely owned by Martin J. Levine, Paul J. Levine, Elizabeth M. Levine, and Max B. Tanner, and that no corporation directly or indirectly owns ten percent (10%) or more of any of the Levine Family Partnership, LLC's equity interests.

Dated: August __, 2010

_____
Martin J. Levine
Managing Member
Levine Family Partnership, LLC